# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RISBY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and function not reserved to the Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 8:17-cv-00795<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the Remand Order filed concurrently herewith.

DATED: March 26, 2018

By: _____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE